United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL WHITTEN, Individually and          No   C 09-3637 VRW
on Behalf of All Others Similarly
Situated,                                       ORDER

          Plaintiff,

          v

ACCURAY INCORPORATED, EUAN S
THOMPSON, ROBERT E McNAMARA, WADE
B HAMPTON, TED TU, WAYNE WU, JOHN
R ADLER, JR AND ROBERT S WEISS,

          Defendants.
_____/

          The above-captioned matter may be related to <u>City of Ann</u>

<u>Arbor Employees' Retirement System v Accuray Incorporated et al</u>,

09-3362.  Accordingly, pursuant to Civ LR 3-12(c), the matter is

referred to Judge Wilken to consider whether the cases are related.


          IT IS SO ORDERED.

                              _____

                              VAUGHN R WALKER
                              United States District Chief Judge